# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CLAUDETTE MACHEL MOORE | ) | Case No: 3:99CR00165-009 |
| | ) | USM No: 15129-058 |
| Date of Previous Judgment: October 26, 2000 | ) | Claire J. Rauscher |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ■ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 37             Amended Offense Level: 35
Criminal History Category: III          Criminal History Category: III
Previous Guideline Range: 262 to 327 months   Amended Guideline Range: 210 to 262 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):  The previous term of imprisonment imposed represented 46% of the low-end of the applicable guideline range at the time of the original sentencing; however, further reductions are limited by the statutorily required minimum sentence, per USSG §5G1.1(c)(2).

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  October 26, 2000  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: June 9, 2009

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge